# EXHIBIT A

## SARAH DEMEDEIROS

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Janet Jackson | That's The Way Love Goes | Janet | 174-392 |
| Virgin Records America, Inc. | Paula Abdul | Spellbound | Spellbound | 129-900 |
| Elektra Entertainment Group Inc. | Third Eye Blind | How's It Going to Be | Third Eye Blind | 188-673 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin | 59-442 |
| UMG Recordings, Inc. | Shania Twain | Don't Be Stupid | Come On Over | 243-502 |
| UMG Recordings, Inc. | Nelly | St. Louie | Country Grammar | 281-782 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| Arista Records LLC | Ace of Base | All That She Wants | The Sign | 169-749 |
| UMG Recordings, Inc. | Sheryl Crow | Sweet Child O' Mine | The Globe Sessions | 279-383 |