115 Division Street Apt. #2
Pawtucket, RI 02860
February 1, 2006

Case Number: CA 05 476
To whom it may concern:

I, Sarah Demedeiros am writing as an answer to the above case number. I understand that this response is late, but ask that the request by the plaintiff for default be denied as I answer all the counts here in regarding infringement of copyrights from the original summons.

On Count 1 number 14, I hereby deny using an online media distribution system to distribute the copyrighted recordings to the public, and/or make the copyrighted recordings available for distribution to others.

On Count 1 number 15, I hereby deny any knowledge of said notices of copyright on published copies of each of the sound recordings identified in Exhibit A.

On Count 1 number 16, I hereby deny any willful and/or intentional infringement in disregard of and with indifference to the rights of the plaintiffs.

I respectfully submit this answer to the received summons. I am eager to come to a resolution on this matter.

Sincerely,

Sarah Demedeiros

Sarah Demedeiros

CC: James E. O'Neil, Attorney for Plaintiff