UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,

Plaintiffs,

v.

SARAH DEMEDEIROS,

Defendant.

Civil No. CA 05- 476 ML

Judge Mary M. Lisi

**MOTION FOR CONTINUANCE**

Now come the Plaintiffs in the above-captioned case, by and through their attorney, the undersigned James E. O'Neil, Esq. and respectfully move this Honorable Court to continue the Pre-Trial Conference currently scheduled for Tuesday, March 28, 2006 to Friday, March 31, 2006 or a future date convenient to the Court.

As reason in support of such Motion the Court is respectfully advised that undersigned Counsel will be before the Rhode Island State Courts in Washington and Kent County on the morning of March 28, 2006.

I have been advised by Ms. DeMedeiros who is a student at Rhode Island College that she is agreeable to Plaintiffs Motion as Friday, March 31, 2006 is the only day next week that she does not have exams.

Dated: 3/23/06

Respectfully Submitted

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

3/27/06: GRANTED. USMJ