UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, | Civil No. CA 05- 476 ML |
| Plaintiffs, | Judge Mary M. Lisi |
| v. | |
| SARAH DEMEDEIROS, | |
| Defendant. | |

**STIPULATED MOTION TO STAY MEDIATION**

Now come the Plaintiffs, Virgin Records America, Inc., Elektra Entertainment Group, Inc., Warner Bros. Records, Inc., UMG Records, Inc., UMG Records, Inc., Sony BMG Music Entertainment, and Arista Records LLC (collectively "Plaintiffs"), by and through its undersigned counsel and respectfully move this Honorable Court to stay the mediation that is currently scheduled for June 5, 2006. In support thereof, the parties state the following:

1. Plaintiffs and Defendant are currently attempting to settle this case. In order to facilitate settlement, the parties have agreed that Ms. DeMedeiros will provide Plaintiffs with a number of documents.

2. The parties believe that once the Plaintiffs have evaluated these documents, the parties may settle their dispute. Moreover, without these documents, the possibility of settlement is small and any further negotiations, including mediation, likely will be fruitless.

3. Therefore, the parties request that mediation be stayed for forty-five (45) days. Forty-five days will allow time for the parties to (a) collect the necessary documents; (b) submit them to the Plaintiffs; (c) evaluate them; and (d) negotiate a possible settlement. If, after the exchange of documents and subsequent negotiations, the parties still have not resolved the matter, mediation likely will be necessary and potentially productive.

4. Any delay of mediation will not affect other dates with respect to this case. Discovery is currently ongoing. Plaintiffs have served written discovery, are preparing expert disclosures and will schedule depositions following the mediation if they are necessary.

5. A proposed order is attached for this Court's convenience.

This Motion has been telephonically assented to by Sarah DeMedeiros

THEREFORE, Plaintiffs and Defendant jointly request this Court stay mediation for 45 days to give the parties sufficient time to exchange documents and continue settlement discussions on there own.

Respectfully Submitted,

By: ______________________

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned further certifies that a true copy of the foregoing document was served upon counsel for the defendant in the above entitled cause via First Class United States mail, with postage fully paid, on the 26th day of May, 2006, addressed as follows:

Sarah DeMedeiros
115 Division Street., Apt. 2
Pawtucket, RI, 02860
(401)226-1464

James E. O'Neil