UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, | Civil No. CA 05- 476 ML<br><br>Judge Mary M. Lisi |
| Plaintiffs, | |
| v. | |
| SARAH DEMEDEIROS, | |
| Defendant. | |

**ORDER**

AND NOW, this 30th day of May, 2006, having considered the Plaintiffs' and Defendant's Stipulated Motion to Stay Mediation, hereby ORDERS as follows:

1. Plaintiffs' and Defendant's Stipulated Motion to Stay Mediation is GRANTED.
2. The mediation scheduled for June 5, 2006 is stayed until July 20, 2006.
3. All other dates listed on this Court's Pre-Trial Order of March 31, 2006 remain in effect.

IT IS SO ORDERED.

BY THE COURT

Mary M. Lisi

The Honorable Mary M. Lisi