**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, | Civil No. CA 05- 476 ML |
| Plaintiffs, | Judge Mary M. Lisi |
| v. | |
| SARAH DEMEDEIROS, | |
| Defendant. | |

**NOTICE OF SETTLEMENT**

Plaintiffs Virgin Records America, Inc., Elektra Entertainment Group Inc., Warner Bros. Records Inc., UMG Recordings, Inc., Sony BMG Music Entertainment, and Arista Records LLC (collectively, "Plaintiffs"), respectfully notify this Court that they have reached a settlement in principle with the defendant in the above-named case. Plaintiffs request this Court stay all deadlines in this case for 45 days to allow Plaintiffs to draft the settlement documents, have them signed by all parties, and submit the appropriate paperwork to the Court.

Respectfully submitted,

Dated: September 8, 2006

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for VIRGIN RECORDS AMERICA, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this __8th___ day of _September______, 2006, a copy of the foregoing NOTICE OF SETTLEMENT was served upon the Defendant via United States Mail at the following address:

Sarah Demedeiros
172 Oakland Ave.
Providence, Ri 02908
*Defendant*

/s/ James E. O'Neil
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852